UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GERMAN NATONIO ROMAN-OLIVER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 2:15-cv-437
Crim. No. 2:11-cr-69
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Norah McCann King

### ORDER

On June 7, 2016, the United States Magistrate Judge recommended that Petitioner's Motion to Vacate [ECF No. 154] be denied and that this action be dismissed. (Order and Report and Recommendation [ECF No. 162].) Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

Accordingly, the Report and Recommendation [ECF No. 162] is **ADOPTED AND AFFIRMED**, and this action is hereby **DISMISSED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

**IT IS SO ORDERED.**

\_\_6-29-2016\_\_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE